# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

KIRSTEN HEDWIG NAETER,

    Plaintiff,

v.

NATIONAL HEALTH SOLUTIONS INC,
ANDREW T. SHADER,

    Defendants.
_____/

# COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, KIRSTEN HEDWIG NAETER, brings this action against Defendants, NATIONAL HEALTH SOLUTIONS INCand ANDREW T. SHADER, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff KIRSTEN HEDWIG NAETER was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto and as part of her emplyoment as a customer service representative and administrative assistant, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate communication including by telephone, fax, and e-mail.

4. At all times material hereto, Defendant, NATIONAL HEALTH SOLUTIONS INC, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in selling health insurance cards, at all times material hereto was the "employer" of Plaintiff as that

1

term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. Plaintiff worked for Defendants as a customer service representative and administrative assistant.

6. Defendants failed to pay Plaintiff her full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all overtime hours worked.

7. Defendants improperly paid Plaintiff a flat weekly rate without regard for the overtime hours that Plaintiff worked.

8. Attached as Exhibit A is a preliminary calculation of Plaintiff's damages. These amounts may change as Plaintiff engages in the discovery process.

9. Defendants have knowingly and willfully refused to pay Plaintiff her legally-entitled wages.

10. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

11. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

12. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-11 above as if set forth herein in full.

13. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

14. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esquire
Bar No.: 74791