UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60636-CIV-ALTONAGA/Goodman

KRISTEN HEDWIG NAETER,

Plaintiff,

v.

NATIONAL HEALTH SOLUTIONS INC.,
ANDREW T. SHADER,

Defendants.
_______________________________________ /

**DEFENDANTS' OFFER OF JUDGMENT**

Defendants NATIONAL HEALTH SOLUTIONS, INC. and ANDREW T. SHADER. ("Defendants"), by and through their undersigned counsel, serve this Federal Rule of Civil Procedure 68 Offer of Judgment as to Count I, this 21st day of April 2017, in the amount of $1,291.44 (which sum equals $645.72 in overtime wage compensation and an equal amount as liquidated damages), plus costs accrued and reasonable attorney's fees to be determined by the Court.

Dated this 21st day of April, 2017.

Respectfully submitted,

WARD DAMON POSNER
PHETERSON & BLEAU
*Attorneys for Defendants*
4420 Beacon Circle
West Palm Beach, Florida 33407
Ph: 561.842.3000 • Fax: 561.842.3626

By: /s/Sally Still
Sally Still, Esquire
Florida Bar No. 904414
Primary: sstill@warddamon.com
Secondary: litservice@warddamon.com
khushower@warddamon.com

**CERTIFICATE OF FIRST SERVICE**

I HEREBY CERTIFY that on April 21, 2017, a true copy of the foregoing was served, but not filed with the Clerk of Court, on all counsel or parties of record on the Service List below.

By: /s/ Sally Still
Sally Still, Esquire
Florida Bar No. 904414
sstill@warddamon.com

**SERVICE LIST**

Elliot Kozolchyk, Esq.
(FBN: 74791)
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, FL 33316
Telephone: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com
*Attorneys for Plaintiff*